## Commonwealth *v.* Bassing, Appellant.

Argued June 15, 1965. *James M. Potter,* with him *Liever, Hyman & Potter,* for appellant; *Leon A. Miller,* Assistant District Attorney, with him *W. Richard Eshelman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Kasper, Appellant.

Argued June 18, 1965. *John H. Broujos,* for appellant; *Richard C. Snelbaker,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.